UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MELVIN JOHNSON,                        )
                                       )
              Petitioner,              )
                                       )
       v.                              )          Case No. 4:02CV1021 RWS
                                       )
DAVE DORMIRE,                          )
                                       )
              Respondent.              )

**MEMORANDUM AND ORDER**

This matter is before the Court on Melvin Johnson's petition for Writ of

Habeas Corpus under 28 U.S.C. § 2254 [#4].  Under 28 U.S.C. § 636(b), this

matter was referred to United States Magistrate Lewis M. Blanton, who filed his

Report and Recommendation on August 16, 2005.  It is Judge Blanton's

recommendation that the petition be denied.  Judge Blanton further recommends that

no certificate of appealability be issued.

The parties were advised that they had eleven (11) days to file written

objections to the Report and Recommendation.  Neither party has filed an objection.

After careful consideration of the Report and Recommendation,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the

United States Magistrate Judge [#13] is **SUSTAINED, ADOPTED AND**

**INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Johnson's Petition for Writ of Habeas

Corpus under 28 U.S.C. § 2254 [#4] is **DENIED**.

**IT IS FURTHER ORDERED** that the Court will not issue a Certificate of

Appealability.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 14th day of September, 2005.